UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| ASHLEY STORMS<br>1429 Locust St.<br>New Albany, IN 47150<br><br> PLAINTIFF<br><br>vs.<br><br>FLOYD COUNTY, INDIANA<br>SERVE: Mark Seabrook<br>    County Commissioner<br>    City-County Building<br>    311 West First Street<br>    New Albany, IN 47150<br><br>and<br><br>DARRELL MILLS,<br>Individually, and in his capacity as<br>Floyd County Sheriff<br>Floyd County Sheriff's Department<br>311 Hauss Square<br>New Albany, IN 47150<br><br>and<br><br>OFFICER ROBERT ARCHIBALD<br>Floyd County Sheriff's Department<br>311 Hauss Square<br>New Albany, IN 47150<br><br>and<br><br>OFFICER BROWN<br>Floyd County Sheriff's Department<br>311 Hauss Square<br>New Albany, IN 47150<br><br>and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br><br>4:13-CV-143 |

OFFICER FRANS )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )
)
and )
)
OFFICER S. KEENE )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )
)
and )
)
OFFICER MILLION )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )
)
and )
)
OFFICER PHILLIPS )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )
)
and )
)
UNIDENTIFIED OFFICER, Badge # J-533 )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )
)
and )
)
UNIDENTIFIED OFFICER, Badge # J-562 )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )
)
and )
)
UNIDENTIFIED OFFICER, Badge # J-601 )
Floyd County Sheriff's Department )
311 Hauss Square )
New Albany, IN 47150 )

|                                                                                                                   |   |
|---|---|
| and | ) |
| | ) |
| UNIDENTIFIED OFFICER, Badge # J-603 | ) |
| Floyd County Sheriff's Department | ) |
| 311 Hauss Square | ) |
| New Albany, IN 47150 | ) |
| | ) |
| and | ) |
| | ) |
| UNIDENTIFIED OFFICER, Badge #J-662 | ) |
| Floyd County Sheriff's Department | ) |
| 311 Hauss Square | ) |
| New Albany, IN 47150 | ) |
| | ) |
| and | ) |
| | ) |
| UNIDENTIFIED OFFICER, Badge #J-702 | ) |
| Floyd County Sheriff's Department | ) |
| 311 Hauss Square | ) |
| New Albany, IN 47150 | ) |
| | ) |
| DEFENDANTS | ) |

\* \* \* \* \* \* \*

## VERIFIED COMPLAINT

### Jurisdiction and Venue

1. This action arises under 42 U.S.C. § 1983 and the laws of the State of Indiana.

2. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

3. The events giving rise to this action occurred in Floyd County, Indiana.

### Parties

4. Plaintiff Ashley Storms ("Storms") is, and at all times relevant herein was, a resident of Floyd County, Indiana.

5. Defendant Floyd County, Indiana, at all times relevant herein, was responsible for the conditions in the Floyd County Jail, for the establishment of policies either formally or by custom and practice for, and for the employment, training, supervision and conduct of the officers and employees of the Jail.

6. At all times relevant herein, Defendant Darrell Mills ("Mills"), Sheriff of Floyd County, was responsible for the conditions in the Floyd County Jail, for the establishment of policies either formally or by custom and practice for, and for the employment, training, supervision and conduct of, the officers and employees of the Jail.

7. At all times relevant herein, Defendants Robert Archibald, and Officers Brown, Frans, S. Keene, Million, Phillips were employed by the Floyd County Sheriff's Department and were working in Floyd County.

8. At all times relevant herein, unidentified Defendant Unknown Officers, identified by Badge Numbers J-533, J-562, J-601, J-603, J-662, and J-702 were employed by the Floyd County Sheriff's Department and were working in Floyd County.

### Factual Allegations

9. On April 27, 2013 at approximately 3:30 a.m., Ashley Storms was arrested and charged with two misdemeanor offenses by New Albany Police.

10. New Albany Police officers transported Storms to the Floyd County Jail.

11. Upon arriving at the Floyd County Jail, Storms was escorted, in handcuffs, to the "remand room."

12. At the time of her arrest, Storms was 23 years old and weighed 115 pounds.

13. While waiting to be booked, Storms had a verbal altercation with Defendants Phillips, Frans, Brown, and Million.

4

14. During this verbal exchange, Storms was seated on a bench and her hands were cuffed behind her back.

15. Instead of booking her, Defendant Phillips took Storms into a cell, identified as "PD-1."

16. Defendants Frans and Brown followed Phillips and Storms into the cell.

17. Defendant Phillips then instructed Storms to disrobe.

18. Storms refused.

19. Upon her refusal, Defendant Phillips grabbed Storms' head and pushed her body against the wall of the cell.

20. The other officers present then joined Phillips in forcing Storms to the floor, face down, still in handcuffs.

21. Defendants Phillips, Frans, and Brown then forcibly stripped Storms of her shoes, socks, pants, and underwear.

22. Storms pleaded with officers not to rape her.

23. An unidentified officer gave Defendant Frans a pair of scissors, which was then used to cut Storms' shirt from her body, and then remove her bra.

24. While Defendant Frans cut off Storms' shirt and Defendant Brown continued to hold Storms down, Defendant Phillips shot Storms with his taser on her bare back.

25. Phillips then told Storms, "If you move at all I will tase you again."

26. The officers then left the cell, leaving Storms naked with a small mat to cover herself.

27. Defendant Phillips then instituted a "30 minute behavior watch" for Storms.

5

28. At 4:00 a.m., Defendant Brown checked on Storms, but did not provide her with any clothing.

29. At 4:30 a.m., Defendant S. Keene checked on Storms, but did not provide her with any clothing.

30. At 5:08 a.m., Defendant Phillips checked on Storms, but did not provide her with any clothing.

31. At 5:50 a.m., Defendant Unknown Officer, Badge Number 702 checked on Storms, but did not provide her with any clothing.

32. At 6:06 a.m., Defendant Unknown Officer, Badge Number 533 checked on Storms, but did not provide her with any clothing.

33. At 6:25 a.m., Defendant Unknown Officer, Badge Number 603 checked on Storms, but did not provide her with any clothing.

34. At 6:35 a.m., Defendant Unknown Officer, Badge Number 603 checked on Storms again, but again did not provide her with any clothing.

35. At 7:11 a.m., Defendant Unknown Officer, Badge Number 662 checked on Storms, but did not provide her with any clothing.

36. At 7:23 a.m., Defendant Unknown Officer, Badge Number 603 checked on Storms, but did not provide her with any clothing.

37. At 7:40 a.m., Defendant Unknown Officer, Badge Number 603 checked on Storms, but did not provide her with any clothing.

38. At 7:53 a.m., Defendant Unknown Officer, Badge Number 603 checked on Storms, but did not provide her with any clothing.

39. At 7:55 a.m., Defendant Unknown Officer, Badge Number 533 checked on Storms, but did not provide her with any clothing.

40. At 8:19 a.m., Defendant Unknown Officer, Badge Number 601 checked on Storms, but did not provide her with any clothing.

41. At 8:45 a.m., Defendant Officer Robert Archibald checked on Storms, but did not provide her with any clothing.

42. At 9:15 a.m., Defendant Officer Robert Archibald checked on Storms, but did not provide her with any clothing.

43. At 10:09 a.m., Defendant Unknown Officer, Badge Number 603 checked on Storms, but did not provide her with any clothing.

44. At 10:25 a.m., Defendant Unknown Officer, Badge Number 533 checked on Storms, but did not provide her with any clothing.

45. At 10:55 a.m., Defendant Unknown Officer, Badge Number 562 checked on Storms, but did not provide her with any clothing.

46. Defendants left Storms naked in her cell for over eight hours.

47. Storms was released from the Floyd County Jail, with her clothing, on April 27, 2013 at 12:12 p.m.

48. On April 29, 2013, attorney Brandon W. Smith sent a letter to the Floyd County Jail, 311 Hauss Square, New Albany, IN 47150, requesting that all evidence of Storms' incarceration, including video footage, be preserved.

49. On June 7, 2013, Plaintiff's attorney, pursuant to the Access to Public Records Act, IC 5-14-3-1, requested documents and video from the night of April 27, 2013.

50. Defendant Mills produced some limited video footage and documents as requested.

51. Defendant Mills also has advised that the remaining video footage has been erased.

52. Defendant Mills has failed to provide all documents requested pursuant to the Access to Public Records Act.

## COUNT I
### *42 U.S.C. §1983*

53. Defendants were acting under the color of state law when they undertook the actions described above.

54. Defendants' actions constitute an unreasonable search and seizure.

55. Defendants' actions constitute cruel and unusual punishment.

56. Defendants deprived Plaintiff of her rights under the Fourth, Eighth, and Fourteenth Amendments to the United States Constitution.

57. As a direct and proximate result of the aforementioned conduct, Plaintiff has suffered physical pain, emotional distress, embarrassment, humiliation, and mental anguish.

## Count II
### *Assault*

58. Defendants intended to cause harmful or offensive contact with Plaintiff.

59. Plaintiff was put in imminent apprehension of the aforementioned harmful or offensive contact.

60. As a direct and proximate result of the aforementioned conduct, Plaintiff has suffered emotional distress, embarrassment, humiliation, and mental anguish.

## COUNT III
*Battery*

61. Defendants' actions constitute unnecessary and excessive force against Plaintiff.

62. As a direct and proximate result of the aforementioned conduct, Plaintiff has suffered physical harm, emotional distress, embarrassment, humiliation, and mental anguish.

## COUNT IV
*Failure to Train*

63. Defendants were negligent and/or deliberately indifferent to officers' need for training regarding unlawful searches and seizures, the reasonable use of force, and the rights of pre-trial detainees.

64. As a result of Defendants' failure to train the officers, officers violated Plaintiff's constitutional rights.

65. As a direct and proximate result of the aforementioned conduct, Plaintiff has suffered physical harm, emotional distress, embarrassment, humiliation, and mental anguish.

## COUNT V
*IC 5-14-3-1, et seq.*

66. Defendant Floyd County Sheriff received a request for public records pursuant to IC 5-14-3-1.

67. Defendant Floyd County Sheriff failed to produce documents responsive to the request.

68. Defendant's failure to produce records is a denial of a proper request for public records in violation of IC 5-14-3-9

## COUNT VI
*Intentional Infliction of Emotional Distress*

69. Defendants' conduct was extreme and outrageous and intended to cause Plaintiff emotional distress.

70. Defendants' conduct caused Plaintiff to suffer emotional distress and bodily harm.

**WHEREFORE**, the Plaintiff requests:

A. Trial by jury of all issues so triable;

B. An award of compensatory and punitive damages, in amounts to be proven at trial;

C. Recovery of her costs, including reasonable attorney fees;

D. An order compelling the production of all records held in violation of APRA, IC 5-14-3-1, *et seq.*

E. All other relief to which she may be entitled.

## VERIFICATION

I am the Plaintiff in the within action. I have read the foregoing Complaint and know the contents thereof; the same is true to my knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

*Ashley Storms*
Ashley Storms

COMMONWEALTH OF KENTUCKY    )
                            ) ss:
COUNTY OF JEFERSON          )

SUBSCRIBED AND SWORN to before me this by Ashley Storms this _3rd_ day of _September_, 2013.

My commission expires: _July 1, 2014_

_____
Notary Public, State-at-Large, Kentucky

11

Respectfully submitted,

*/s/ Laura E. Landenwich*
Laura E. Landenwich, # 27709-22
CLAY DANIEL WALTON & ADAMS PLLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
(502) 561-2005
*Counsel for Plaintiff*